UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANN DAVIS,        ) | NO. CV 18-1926-KS |
|      **Plaintiff,**   ) | |
|   v.                              ) | JUDGMENT |
| ANDREW M. SAUL, Commissioner of ) | |
| Social Security,                ) | |
|      **Defendant.**  ) | |
| _____ ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: July 17, 2019

                                                 _____
                                                 KAREN L. STEVENSON
                                         UNITED STATES MAGISTRATE JUDGE