**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Elizabeth Ann Davis,** | NO. CV 18-1926-KS |
| Plaintiff, | |
| v. | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |
| **Nancy A. Berryhill,** | |
| Defendant. | |

Based upon the Stipulation for Award and Payment of Attorney Fees Pursuant to EAJA 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on September 3, 2019, IT IS ORDERED that fees in the amount of $4,741.41 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation. IT IS FURTHER ORDERED that Plaintiff's Motion for Award of Attorneys Fees Pursuant to EAJA, filed on August 14, 2019 (Dkt. No. 26) is DENIED as moot.

DATED: September 4, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1